**DOLL AMIR & ELEY LLP**
HUNTER R. ELEY (SBN 224321)
heley@dollamir.com
1888 Century Park East, Suite 1850
Los Angeles, California 90067
Tel: 310.557.9100
Fax: 310.557.9101

Attorneys for Defendant,
CITIBANK, N.A.

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARISSA GESMUNDO,<br><br>    Plaintiff,<br><br>v.<br><br>CITIBANK, N.A.; and DOES 1-10, inclusive,<br><br>    Defendant. | Case No.<br><br>**DEFENDANT CITIBANK, N.A.'S NOTICE OF REMOVAL OF ACTION TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA UNDER 28 U.S.C. § 1441(a) AND 28 U.S.C. §1331 (FEDERAL QUESTION)**<br><br>[Alameda County Superior Court Case No. RG18931418]<br><br>Complaint Filed: Dec. 07, 2018<br>Trial Date: TBA |

**TO THE UNITED STATES DISTRICT COURT FOR THE NORTHERN DISTRICT OF CALIFORNIA:**

**PLEASE TAKE NOTICE THAT**, pursuant to 28 U.S.C. Sections 1331, 1441(a), and 1446, Defendant Citibank, N.A. ("Citibank") hereby removes the action entitled *Larissa Gesmundo v. Citibank, N.A.*, Superior Court of the State of California for the County of Alameda, Case No. RG18931418 (the "Action"), to the United States District Court for the Northern District of California on the following grounds:

1.  Removal Is Timely.  The Complaint was received and served on Citibank on December 12, 2018.  Citibank has timely filed this Notice of Removal pursuant to 28 U.S.C. § 1446(b) because it has filed it within 30 days of receipt and service of the Complaint, and within one year after "commencement of the action" in state court.  Pursuant to 28 U.S.C. § 1446(a), true and correct copies of all process and pleadings in the Action and received by Citibank are attached as *Exhibit A*.  On January 11, 2019, Citibank filed its Answer and Affirmative Defenses in the Action.  A copy of the Answer is attached hereto as *Exhibit B*.

2.  This Court Has Removal Jurisdiction Over This Action.  The Action is a civil action of which this Court has original jurisdiction under 28 U.S.C. § 1331 and is one that Citibank may remove to this Court pursuant to the provisions of 28 U.S.C. § 1441(b) in that Plaintiff alleges violations of the federal Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.* (the "TCPA") (*see* Compl., ¶¶ 1, 22-27), a claim that is created by, and arises under, federal law.  *See Mims v. Arrow Fin. Servs., LLC*, 132 S. Ct. 740, 748 (2012) (holding that the TCPA's permissive grant of jurisdiction to state courts does not deprive the United States district courts of federal-question jurisdiction over private TCPA suits, and that a TCPA claim, "in 28 U.S.C. § 1331's words, plainly 'aris [es] under' the 'laws ... of the United States'").  To the extent any other claims in the Action arise under state law, including the California Rosenthal Fair Debt Collection Practices Act, Cal. Civ. Code § 1788, *et seq.*,

DOLL AMIR & ELEY LLP

supplemental jurisdiction over such claims exists pursuant to 28 U.S.C. §§ 1367 and 1441(c).

3. **Proper Jurisdiction.** This Court is the proper district court for removal because the Superior Court of the State of California for the County of Alameda is located within the United States District Court for the Northern District of California.

4. **Notice Has Been Effected.** Citibank concurrently is filing a copy of this Notice of Removal of Action with the Superior Court of the State of California for the County of Alameda. Citibank will concurrently serve Plaintiff with copies of this Notice of Removal and the Notice filed in the Action.

**WHEREFORE** Citibank prays that the above Action now pending against it in the Superior Court of the State of California, County of Alameda, be removed therefrom to this Court.

DATED: January 11, 2019				DOLL AMIR & ELEY LLP


						By: */s/ Hunter R. Eley*
						    HUNTER R. ELEY
						Attorneys for Defendant,
						CITIBANK, N.A.