Todd M. Friedman (216752)
Adrian R. Bacon (280332)
Law Offices of Todd M. Friedman, P.C.
21550 Oxnard St., Suite 780
Woodland Hills, CA 91367
Phone: 877-206-4741
Fax: 866-633-0228
tfriedman@toddflaw.com
abacon@toddflaw.com
Attorneys for Plaintiff

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

LARISSA GESMUNDO,

    Plaintiff,

    vs.

CITIBANK, N.A.; and DOES 1-10, inclusive,

Defendant.

Case No.

)
)
) **3:19-cv-00213-JCS**
) **JOINT STIPULATION TO**
) **DISMISS WITH PREJUDICE**
)
)
)

    IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff and Defendants by and through their undersigned counsels, that pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii), the above-captioned action is hereby dismissed in its entirety with prejudice.  Each party shall bear their own costs and attorney fees.

Respectfully submitted June 5, 2020

By: s/ Todd M. Friedman, Esq.
Todd M. Friedman
Attorney for Plaintiff


By: */s/ Margaret C. Pruitt*
Margaret C. Pruitt
Attorney For Defendant

**<u>Signature Certification</u>**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to counsel for Defendant and that I have obtained their authorization to affix their electronic signature to this document.

Dated: June 5, 2020

**LAW OFFICES OF TODD M. FRIEDMAN, P.C.**

By: <u>  s/ Todd M. Friedman, Esq.</u>
                Todd M. Friedman
        Attorney for Plaintiff

## **CERTIFICATE OF SERVICE**

Filed electronically on June 5, 2020 with:

United States District Court CM/ECF system

Notification sent electronically on June 5, 2020 to:

To the Honorable Court, all parties and their Counsel of Record


                        s/ Todd M. Friedman, Esq
                         Todd M. Friedman