# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LARISSA GESMUNDO, | Case No. |
| Plaintiff, | 3:19-cv-00213-JCS |
| vs. | |
| CITIBANK, N.A.; and DOES 1-10, inclusive, | (~~PROPOSED~~) ORDER |
| Defendant. | |

IT IS HEREBY ORDERED that pursuant to the Stipulation of the Parties the entire case is dismissed with prejudice. Each party shall bear their own costs and expenses.

Dated this: __8th day of June 2020_____

_____
~~Honorable Judge of the District Court~~
Joseph C. Spero, Chief Magistrate Judge

Order to Dismiss - 1